UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In the matter of: APRIL R SHAW
STEPHEN R SHAW

Debtor(s)

Case Number: 05-01733

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

MAY 20 2005

## REAFFIRMATION AGREEMENT

COME NOW the Debtor, and his attorney, will hereby reaffirm the indebtedness owed to Regions Bank who is located at P. O. Box 4409 Bridgeton, MO 63044-0409 the holder of the claim, CLERK described and is evidenced on the attached contract.

As of April 22, 2005 the Debtor's account is due for $00.00, itemized as follows:

THE NEXT PAYMENT IS DUE: 04/22/05.

The Debtor has 76 remaining payments of $184.85 each, with a current balance of $14,048.60. Any permissible charges provided for in the contract or security agreement arising after the commencement of the Chapter 7 may be added to the above balance.

The Debtor agrees to renew the said obligation which Is secured by

01 LOWE 170 OMCL203BG001
01 HAWKEYE TRAILER 4H100181X10286020
01 JOHNSON J-70PL G04918786

and to pay the same as if bankruptcy had not intervened.

The Debtor understands that he/she is to continue the required payments during the pendency of this case, and to keep the collateral sufficiently insured for the protection of the said creditor. It is the Debtor's opinion after counseling with his/her attorney that this reaffirmation does not impose undue hardship upon Debtor or any of the Debtor's dependents and is in the Debtor's best interest. The Debtor has been fully informed of the effect of this agreement by his/her attorney and has voluntarily, after explanation by Debtor's attorney, executed this agreement.

**DEBTOR MAY RESCIND THIS AGREEMENT AT ANY TIME BEFORE DISCHARGE OR WITHIN SIXTY (60) DAYS AFTER THIS AGREEMENT IS FILED WITH THE COURT, WHICHEVER IS LATER, BY GIVING NOTICE OF RESCISSION TO CREDITOR. THIS AGREEMENT IS NOT REQUIRED UNDER TITLE 11, U.S. CODE, UNDER NON-BANKRUPTCY LAW, OR UNDER ANY AGREEMENT NOT IN ACCORDANCE WITH THE PROVISIONS OF SECTION 524(C).**

Dated: April 22, 2005                  DEBTOR: _April R Shaw_
                                                APRIL R SHAW

Creditor: Regions Bank
                                       CO-DEBTOR: _Stephen R Shaw_
By: _Lisa Poggemoeller_                           STEPHEN R SHAW
    LISA POGGEMOELLER
    Collections Supervisor

### DECLARATION BY ATTORNEY FOR DEBTOR

I represented Debtor (whether one or more) during the course of negotiating the above agreement reaffirming the debt. This agreement represents a fully informed and voluntary agreement by Debtor and does not impose an undue hardship on Debtor or a dependent of Debtor. I have fully advised the Debtor of the legal effect and consequences of this agreement and any default under this agreement.

_Attorney for Debtor_        5-5-05

F&L RBC058                                                                    3551CMC LGL

| RETAIL INSTALLMENT CONTRACT AND SECURITY AGREEMENT | Seller | THE BOAT GALLERY<br>3500 BLUECUTT ROAD<br>COLUMBUS MS 39705 | Buyer | APRIL R SHAW<br>STEPHEN R SHAW<br>7288 HWY 12 EAST<br>STEENS, MS 39766 |
|---|---|---|---|---|
| No.<br>Date 7/24/2001 | | "We," "us," and "our" mean the Seller above, its successors and assigns. | | "You" and "your" mean each Buyer above, and each guarantor, jointly and individually. |

**SALE:** You agree to purchase from us, on a time basis, subject to the terms and conditions of this contract and security agreement (Contract), the goods (Goods) and services described below. The Goods are sold in their present condition, together with the usual accessories and attachments.

| Description of Goods or Services Purchased | | Serial or Unit No. | Motor or Cabinet No. | Price of Each Unit |
|---|---|---|---|---|
| 2001 | LOWE | 170 | OMCL203BG001 | 13,560.00 |
| 2001 | JOHNSON | J70PL | G04918786 | |
| 2001 | HAWKEYE | TRAILER | 4H100181X10286020 | |

Description of Other Collateral (Not household goods)

**SECURITY:** To secure your payment and performance under the terms of this Contract, you give us a security interest in the Goods purchased and any other collateral described above, and all accessions, attachments, accessories, and equipment placed in or on the Goods or other collateral, together called Property, and proceeds of the Property. You also assign to us and give us a security interest in proceeds and premium refunds of any insurance and service contracts purchased with this Contract.

**PROMISE TO PAY AND PAYMENT TERMS:** You promise to pay us the principal amount of $ 13,699.00 _____, plus finance charges accruing on the unpaid balance at the rate of __10.5__ % per year from today's date until maturity. Finance charges accrue on a __365__ day basis. After maturity, or after you default and we demand payment, we will earn finance charges on the unpaid balance at __10.5__ % per year. You agree to pay this Contract according to the payment schedule and late charge provisions shown in the TRUTH IN LENDING DISCLOSURES. You also agree to pay any additional amounts according to the terms and conditions of this Contract.

☐ **ADDITIONAL FINANCE CHARGE:** You agree to pay an additional, nonrefundable finance charge of $ __N/A__ that will be ☐ paid in cash, ☐ added to the Cash Price ☐ paid proportionally with each payment.

☐ **MINIMUM FINANCE CHARGE:** You agree to pay a minimum finance charge of $ __N/A__ if you pay this Contract in full before we have earned that much in finance charges.

**DOWN PAYMENT:** You also agree to pay, or apply to the Cash Price, on or before today's date, any cash, rebate and net trade-in value described in the ITEMIZATION OF AMOUNT FINANCED. ☐ You agree to make deferred payments as part of the cash down payment as reflected in your Payment Schedule.

### TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | AMOUNT FINANCED<br>The amount of credit provided to you or on your behalf. | TOTAL OF PAYMENTS<br>The amount you will have paid when you have made all scheduled payments. | TOTAL SALE PRICE<br>The total cost of your purchase on credit, including your down payment of $ 1,659.20 |
|---|---|---|---|---|
| 10.5 % | $ 8,483.00 | $ 13,699.00 | $ 22,182.00 | $ 23,841.20 |

**Payment Schedule:** Your payment schedule will be

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 120 | 184.85 | Monthly beginning 8/22/01 |

**Security:** You are giving a security interest in ☒ the Goods purchased. ☐ (description of other property)

☒ **Late Charge:** If a payment is more than __10__ days late, you will be charged 5% of the monthly payment not to exceed 10.00

**Prepayment:** If you pay off this Contract early, you ☐ may ☒ will not have to pay a Minimum Finance Charge.
☐ If you pay off this Contract early, you will not be entitled to a refund of part of the Additional Finance Charge.

**Contract Provisions:** You can see the terms of this Contract for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

**CREDIT INSURANCE:** Credit life, credit disability (accident and health), and any other insurance coverage quoted below, are not required to obtain credit and we will not provide them unless you sign and agree to pay the additional premium. If you want such insurance, we will obtain it for you (if you qualify for coverage). We are quoting below ONLY the coverages you have chosen to purchase.

Credit Life: Insured _____
☐ Single ☐ Joint  Prem $ __NA__  Term __NA__

Credit Disability: Insured _____
☐ Single ☐ Joint  Prem $ __NA__  Term __NA__

Your signature below means you want (only) the insurance coverage(s) quoted above. If none are quoted, you have declined any coverages we offered.

Buyer _____ d/o/b _____ Buyer _____ d/o/b _____

**PROPERTY INSURANCE:** You must insure the Property securing this Contract. You may purchase or provide the insurance through any insurance company reasonably acceptable to us. The deductible amount of this insurance may not exceed $ _____ . If you get insurance from or through us you will pay $ _____ for _____ of coverage.

This premium is calculated as follows:
This premium is calculated as follows:
☐ Fire-Theft and Combined Additional Coverage $ _____
☐ _____ $ _____
☐ _____ $ _____

☒ **SERVICE CONTRACT:** With your purchase of the Goods, you agree to purchase a Service Contract to cover __Johnson J70PL__ _____ . This Service Contract will be in effect for __48 months__ .

### ITEMIZATION OF AMOUNT FINANCED

Goods and/or Services Price                              $ 14,509.20
  (including sales tax of $ 949.20 )
Service Contract, Paid to: __FPC__                       $    699.00
Amount to Finance line e. (if e. is negative)            $ _____
                                          **Cash Price** $ 15,208.20

Manufacturer's Rebate   $ _____
Cash Down Payment       $ 1,659.20
Deferred Down Payment   $ _____
   a. Total Cash/Rebate Down                             $ 1,659.20
b. Trade-In Allowance   $ __NA__
c. Less: Amount owing   $ __NA__
   Paid to: _____
d. Net Trade-In (b. minus c.)    $ __NA__
e. Net Cash/Trade-In (a. plus d.) $ 1,659.20

**Down Payment** (e.; disclose as $0 if negative)        $ 1,659.20
              **Unpaid Balance of Cash Price**           $ 13,549.00
Paid to Public Officials - Filing Fees                   $    150.00
Insurance Premiums*                                      $ __NA__
Additional Finance Charge(s) Paid To Seller              $ _____
To: _____                                              $ __NA__
To: _____                                              $ __NA__
To: _____                                              $ __NA__
Total Other Charges/Amounts Pd. to Others                $    150.00
              Less: Prepaid Finance Charges              $ _____
              **Amount Financed**                        $ 13,699.00

*We may retain or receive a portion of this amount.

**Notice to the Buyer:** 1. Do not sign this contract before you read it or if it contains any blank spaces. 2. You are entitled to an exact copy of the contract you sign.

**BY SIGNING BELOW BUYER AGREES TO THE TERMS ON PAGES 1 AND 2 OF THIS CONTRACT AND ACKNOWLEDGES RECEIPT OF A COPY OF THIS CONTRACT.**

Buyer: *April R Shaw*
Signature _____ Date _____

*Stephen R Shaw*
Signature _____ Date _____

Seller: By *Grace ____*

**ASSIGNMENT:** This Contract and Security Agreement is assigned to __REGIONS BANK__ _____ the Assignee, phone __800-282-1394__ . This assignment is made ☐ under the terms of a separate agreement. ☒ Under the terms of the ASSIGNMENT BY SELLER on page 2. ☐ This assignment is made with recourse.
Seller: By _____ Date 7/24/01

MISSISSIPPI RETAIL INSTALLMENT CONTRACT AND SECURITY AGREEMENT
GOODS AND SERVICES — NOT FOR HOME IMPROVEMENT OR MANUFACTURED HOMES    (page 1 of 2)